# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RHAE NORTHCOTT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01418-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 13) |

On December 20, 2023, Plaintiff submitted an unopposed motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from December 28, 2023, to February 12, 2024. (ECF No. 13.) The Court finds good cause exists to grant the first extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The Plaintiff's motion to modify the schedule (ECF No. 13) is GRANTED;

2. Plaintiff shall have until **February 12, 2024**, to file the motion for summary judgment; and

/ / /

/ / /

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 6) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 21, 2023**

UNITED STATES MAGISTRATE JUDGE