# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RHAE NORTHCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01418-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 18) |

On March 8, 2024, Defendant submitted a stipulated motion for a thirty (30) day extension of time to respond to Plaintiff's motion for summary judgment, extending the deadline from March 11, 2024, to April 10, 2024. (ECF No. 18.) The Court finds good cause exists to grant Defendant's first request for an extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 18) is GRANTED;

2. Defendant shall have until **April 10, 2024**, to file a response to the motion for summary judgment; and

///

///

///

///

1

3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated: **March 8, 2024**

UNITED STATES MAGISTRATE JUDGE