# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RHAE NORTHCOTT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01418-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA<br><br>(ECF No. 23) |

Jamie Rhae Northcott ("Plaintiff") filed the complaint in this action on September 28, 2023. (ECF No. 1.) On June 10, 2024, the Court entered the parties' stipulation agreeing to a voluntary remand of the matter pursuant to 42 U.S.C. § 405(g), remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 20, 21, 22.) On June 10, 2024, the parties filed a stipulation for the award of attorney fees in the amount of $5,032.89, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (ECF No. 23.)

///
///
///
///
///
///

1

1     Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the
2 amount of $5,032.89 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to the
3 terms of the stipulation.

IT IS SO ORDERED.

Dated: __**June 11, 2024**__

                                        UNITED STATES MAGISTRATE JUDGE

2